1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUCILA GONZALEZ, ) | Case No.: C-12-02461 PSG |
| Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| v. ) | |
| ALLIANCE BANCORP, ET AL., ) | |
| Defendants. ) | |

On September 4, 2012, a case management conference was scheduled to be held. None of the parties appeared for it. Accordingly,

IT IS HEREBY ORDERED that no later than September 25, 2012, Plaintiff Lucila Gonzalez ("Gonzalez") is ordered to show cause in writing why the case should not be dismissed for failure to prosecute. Failure to comply with this order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Case No.: C 12-02461 PSG
ORDER TO SHOW CAUSE

1  IT IS SO ORDERED.

2

3  Dated: 9/6/2012

                                                            PAUL S. GREWAL

4                                                              United States Magistrate Judge

28

Case No.: C 12-02461 PSG
ORDER TO SHOW CAUSE