UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LUCILA GONZALEZ, | ) | Case No.: C 12-02461 PSG |
| | ) | |
| Plaintiff, | ) | **ORDER DISMISSING CASE** |
| v. | ) | |
| | ) | |
| ALLIANCE BANCORP, ET AL., | ) | |
| Defendants. | ) | |
| _____ | ) | |

On September 6, 2012, the court ordered Plaintiff Lucila Gonzalez ("Gonzalez") to show cause no later than September 25, 2012, why the case should not be dismissed for failure to prosecute.[1]

Gonzalez did not respond to the order to show cause. Accordingly, the case is dismissed.

Dated: November 15, 2012

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 8.

Case No. C 12-02461 PSG
ORDER DISMISSING CASE